# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
### FORT WAYNE DIVISION

| | | |
|---|---|---|
| **HEATHER NEWHOUSE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CAUSE NO. 1:15-CV-134-JTM-SLC** |
| | ) | |
| **WALMART,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## OPINION AND ORDER

Defendants removed this case here on May 29, 2015, from Allen Superior Court, alleging that the Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332. (DE 1). The Notice of Removal properly alleges the citizenship of Plaintiff Heather Newhouse and Defendants Wal-Mart Stores East, LP, Wal-Mart Stores East, Inc., and Wal-Mart Stores, Inc.

The Notice of Removal, however, is silent as to the organizational form and citizenship of the fourth Defendant, "Walmart." Of course, as the party seeking to invoke federal diversity jurisdiction, Defendants bear the burden of demonstrating that the requirement of complete diversity has been met. *Chase v. Shop 'N Save Warehouse Foods, Inc.*, 110 F.3d 424, 427 (7th Cir. 1997).

Therefore, Defendants are ORDERED to supplement the record on or before June 15, 2015, by filing an Amended Notice of Removal reciting Defendant Walmart's organizational status and stating its citizenship through all applicable layers of ownership.

SO ORDERED. Enter for this 1st day of June, 2015.

s/ Susan Collins
Susan Collins
United States Magistrate Judge